**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Dale A. DAVIS, a/k/a Big Loc, Defendant–Appellant.**

No. 14–7061.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2014.

Decided: Nov. 21, 2014.

Dale A. Davis, Appellant Pro Se. William J. Ihlenfeld, II, Office of the United States Attorney, Wheeling, West Virginia, for Appellee.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dale A. Davis appeals the district court's order denying his motion for copies of his plea agreement and indictment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Davis,* No. 5:13–cr–00041–FPS–JES–1 (N.D.W.Va. July 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*